

# THE ATTORNEY GENERAL
# OF TEXAS

OPINION # O - 4151 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.